**WORLEY v. WORLEY**

[335 N.C. 166 (1993)]

CARL P. WORLEY, JR. v. IRMGARD ELIZABETH WORLEY

No. 128PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 108 N.C. App. 789, 426 S.E.2d 302 (1993), affirming the judgment entered by Christian, J., on 3 June 1991 in District Court, Johnston County. Heard in the Supreme Court 14 October 1993.

*Mast, Morris, Schulz & Mast, P.A., by George B. Mast, Bradley N. Schulz, and David F. Mills, for plaintiff-appellee.*

*Emanuel and Emanuel, by Stephen A. Dunn and Robert L. Emanuel, for defendant-appellant.*

PER CURIAM.

Justice Parker recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Kempson v. N.C. Dept. of Human Resources*, 328 N.C. 722, 403 S.E.2d 279 (1991).

AFFIRMED.